IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| PIPER SHANNON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:09-0035 |
| | ) | |
| WILLIAM C. ALLEN, JR., and | ) | |
| P.A.M. TRANSPORT, INC., | ) | Judge Trauger |
|     Defendants. | ) | Magistrate Judge Bryant |

_____

### AGREED ORDER OF DISMISSAL
_____

It appearing to the Court, as evidenced by the signatures of counsel below, that the parties are in agreement that all claims at issue in this litigation between the parties have been resolved and should be dismissed with prejudice;

It is therefore ORDERED, ADJUDGED and DECREED that the claims of the Plaintiff against the Defendants are dismissed with prejudice;

It is further ORDERED, ADJUDGED and DECREED that the parties will bear and be responsible for their own discretionary costs pursuant to Rule 54.04 of the Tennessee Rules of Civil Procedure and trial preparation costs and expenses associated with the prosecution and defense of this case;

It is so ORDERED.

Entered this 6th day of April, 2010.

_____
ALETA A.TRAUGER
United States District Judge